REDACTED VERSION OF DOCUMENT
PROPOSED TO BE FILED UNDER SEAL

# Exhibit D

# Growth Overview Agenda

- Initial Learnings
- Data Overview
- Areas of Opportunity
- Recommendation







# Room for Improvement

- Data is unreliable and inaccurate
  - Different pipelines report different numbers
  - Few people have confidence in the data
- Many basic tools are missing
  - Dashboards, testing frameworks, targeting tools, etc
- Key positions are unfilled
  - Very few experienced growth engineers
  - No current Growth Marketers
  - Understaffed data team





























Bottom line: We need to grow faster



































