1  ALLEN MATKINS LECK GAMBLE
       MALLORY & NATSIS LLP
2  BALDWIN J. LEE (BAR NO. 187413)
   ALEXANDER NESTOR (BAR NO. 202795)
3  Three Embarcadero Center, 12th Floor
   San Francisco, CA  94111-4074
4  Phone:  (415) 837-1515
   Fax:  (415) 837-1516
5  E-Mail:  blee@allenmatkins.com
              anestor@allenmatkins.com
6
   Attorneys for Defendants
7  SNAP INC., EVAN SPIEGEL, BRIAN THEISEN,
   and IMRAN KHAN
8

9              UNITED STATES DISTRICT COURT

10              CENTRAL DISTRICT OF CALIFORNIA

11                 Western Division - Los Angeles

12  Anthony Pompliano, an individual,          Case No. 2:17-cv-3664

13            Plaintiff,                        **DEFENDANTS' NOTICE OF
                                                MOTION AND MOTION TO
14       vs.                                    COMPEL ARBITRATION AND TO
                                                DISMISS OR, IN THE
15  Snap Inc., d.b.a. Snapchat, a Delaware      ALTERNATIVE, STAY ACTION**
    corporation; Evan Spiegel, Brian
16  Theisen, Imran Khan, and Does 1
    through 10, individuals,
17                                              Date:        July 14, 2017
            Defendants.                         Time:        9:30 a.m.
18                                              Courtroom:   8C
                                                Judge:       Hon. Dolly M. Gee
19

20  **TO PLAINTIFF AND HIS COUNSEL OF RECORD:**

21       **PLEASE TAKE NOTICE** that on July 14, 2017, at 9:30 a.m., or as soon

22  thereafter as the matter may be heard, in Courtroom 8C of the above-titled Court,

23  located at United States Courthouse, 350 West 1st Street, Los Angeles, CA 90012,

24  Defendants Snap Inc., Evan Spiegel, Brian Theisen, and Imran Khan (together

25  "Defendants") will and hereby do move for an order (1) compelling Plaintiff

26  Anthony Pompliano to resolve the instant matter through binding arbitration

27  pursuant to the Federal Arbitration Act, 9 U.S.C. § 4; and (2) dismissing the action

28

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

1044872/SF

DEFTS' NOTICE OF MOTION AND MOTION TO COMPEL ARBITRATION AND
TO DISMISS OR, IN THE ALTERNATIVE, STAY ACTION

1   arising from Plaintiff's Complaint (F.R.C.P. 12(b)(6)) or, in the alternative, staying

2   the action pending completion of the binding arbitration (9 U.S.C. § 3).

3       Defendants' Motion is made on the grounds that Plaintiff and Defendants

4   entered into a valid and enforceable agreement to settle any claims, controversies, or

5   disputes between them relating in any manner to Plaintiff's hiring, employment, or

6   termination from employment through binding arbitration, and the Federal

7   Arbitration Act compels that the parties' agreement in this regard be upheld; and

8   that the instant action be dismissed or, in the alternative, stayed pending completion

9   of the arbitration.

10      The Motion is based upon this Notice and Motion; the concurrently filed

11  Memorandum of Points and Authorities and Declaration of Baldwin J. Lee,

12  including attached exhibits; the pleadings, records, and files in this action; and any

13  oral or documentary evidence presented at the hearing on this Motion.

14      This Motion is made following the conference of counsel pursuant to L.R. 7-

15  3, which took place on June 6, 2017.

16

17  Dated:  June 13, 2017                    ALLEN MATKINS LECK GAMBLE
                                              MALLORY & NATSIS LLP
18

19                                           By:      /s/ Baldwin J. Lee

20                                               BALDWIN J. LEE
                                                 ALEXANDER NESTOR
21                                               Attorneys for Defendants
                                                 SNAP INC., EVAN SPIEGEL,
22                                               BRIAN THEISEN, AND IMRAN
                                                 KHAN
23

24

25

26

27

28

LAW OFFICES
**Allen Matkins Leck Gamble
Mallory & Natsis LLP**

1044872/SF

-2-
DEFTS' NOTICE OF MOTION AND MOTION TO COMPEL ARBITRATION AND
TO DISMISS OR, IN THE ALTERNATIVE, STAY ACTION