UNITED STATES DISTRICT COURT  JS-6
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 17-3664-DMG (JPRx) | Date | May 21, 2018 |
| Title | *Anthony Pompliano v. Snap Inc., et al.* | Page | 1 of 1 |

Present: The Honorable    DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: (IN CHAMBERS) ORDER AND NOTICE TO ALL PARTIES**

    On April 11, 2016, the Court issued an order granting Defendant's motion to compel arbitration and staying the action ("Order"). Parties were advised that any motion for preliminary injunction must be filed within 30 days of that Order; and if no such motion is filed within that timeframe or the parties disclaim any intent to pursue a preliminary injunction motion, the Court will administratively close the case. [Doc. # 46.] To date, nothing has been filed and time to do so has passed.

    Accordingly, this action is placed in inactive status.

IT IS SO ORDERED.